RECEIVED

SEP 14 2026

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

Plaintiff(s), SURESH KUMAR SADHINENI

v.

STRATEGIC IT EXPERTS

Defendant(s). (Enter above the full name(s) of all defendants in this lawsuit. Please attach additional sheets if necessary.)

Case No. ____________
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES☐ NO☐

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq*., for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

✓ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq*., for employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

✓ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq*., for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

## PARTIES

2. Plaintiff's name: SURESH SADHINENI

Plaintiff's address: 1332 HOLGATE DR UNIT G6
Street address or P.O. Box

BALLWIN MO 63021
City/ County/ State/Zip Code

480-619-2706
Area code and telephone number

3. Defendant's name: RAJA NARSIMHA STRATEGICIT EXPERT

Defendant's address: 3500 E FLETCHER AVE STE 129
Street address or P.O. Box

TAMPA FL 33613
City/County/State/ Zip Code

636-728-9790
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

______________________________________________________________________
(Street Address) (City/County) (State) (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

[scribbled out] ~~to~~ JUNE 10 2026

**ADMINISTRATIVE PROCEDURES**

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

[x] Yes Date filed: [scribbled out]

[x] No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

[x] Yes Date filed: JUNE 12 2026

[ ] No

8. Have you received a Notice of Right-to-Sue Letter?

[x] Yes [ ] No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

__✓__ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

____ failure to hire me

_✓_ termination of my employment

____ failure to promote me

____ failure to accommodate my disability

____ terms and conditions of my employment differ from those of similar employees

_✓_ retaliation

_✓_ harassment

____ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

☑ Yes ☐ No

11. I believe that I was discriminated against because of my (check all that apply):

- ✓ race
- ✓ religion
- ✓ national origin
- ___ color
- ___ gender
- ✓ disability
- ✓ age (birth year is: 04/08/83)
- ~~✓~~ other: ~~[illegible]~~

Did you state the same reason(s) in your charge of discrimination?

☑ Yes ☐ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

① Employment Background: SIE (STRATEGIC IT EXPERTS) Employment from June 12, 2026 Position – Satisfactory Performance. The Employer's EEOC position statement itself says no performance issues were identified while I was assigned to clie[nt]

② June 10 calls: Raja Narsimha Reddy Marri and Babu threatened me of firing from my job based on disability ~~[illegible]~~ and lack of performance unable to get a project ~~to the company~~.

(Continue to page 6, if additional space is needed.)

Later Raja called again and told me that I was "USELESS" and that hiring me had been a mistake. He criticized me for being divorced and for marrying a Christian American woman, ~~and~~ ~~not~~ being Indian and Hindu background, caste related comparisons stating "Chowdary's" engage in this kind of meaningless behavior while "Reddys" do not. Further compared my performance to employees in their 20's, stating they perform much better ~~[illegible]~~

(3) June 10: SIE sent written deadline ~~x~~ concerning my employment and said failure to contact them by June 11 would treated as decision to discontinue employment.

(4) June 11: ~~I~~ I responded before the deadline, mentioned that I'm not refusing cooperation or abandoning employment, will to cooperate and raised about communications involving personal, regional & religious considerations and their effects on my health.

(5) June 12: SIE terminated me next day.

(6) Disability/Health: I was involved in accident Apr 2025, informed Raja about the accident, took approximately week off for treatment, and before termination accident attorney contacted Raja. June 11 I informed SIE that the pressure communications mentally affected my health from employment related and well being.

(7) Discrimination/Retaliation and Termination: Based on above events and the circumstances surrounding my termination, I believe I was subjected to discrimination and Retaliation.

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☑ are no longer being committed by the defendant.

☐ may still be being committed by the defendant.

**REQUEST FOR RELIEF**

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

Back Pay/lost wages and benefits, front pay if appropriate, compensatory damages, punitive damages, costs, other appropriate relief, and appropriate measures to prevent future retaliation.

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14 day of SEPTEMBER, 20 26.

Signature of Plaintiff [signature]